| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue, 2nd Floor<br>Roseland, NJ  07068<br>(973) 622-1800<br>Anthony Sodono<br>Joshua H. Raymond<br>*Attorneys for Plaintiff* | Order Filed on March 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>RAFAEL D. MARTINEZ,<br><br>                    Debtor. | Case No.  18-27867 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, |
| BARRY R. SHARER, CHAPTER 7 TRUSTEE FOR CHRISTOPHER R. SHAFER, SR.,<br><br>                    Plaintiff,<br><br>v.<br><br>RAFAEL D. MARTINEZ,<br><br>                    Defendant. | Adv. Pro. No. 18-1601 |

**ORDER GRANTING DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF BARRY R. SHARER, FORMER CHAPTER 7 TRUSTEE, FOR CHRISTOPHER R. SHARER, SR. AND <u>AGAINST DEFENDANT RAFAEL D. MARTINEZ</u>**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: March 13, 2019**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

(Page 2 of 2)
Debtors: Rafael D. Martinez
Case No: 18-27867 (CMG)
Adv. Caption: Sharer v. Martinez
Adv. Pro. No: 18-1601 (CMG)
Caption of Order: Order Granting Default Judgment in Favor of Plaintiff Barry R. Sharer, Former Chapter 7 Trustee for Christopher Shafer Sr. and Against Defendant Rafael D. Martinez

**THIS MATTER** having been opened to the Court by Plaintiff Barry R, Sharer, Former Chapter 7 Trustee ("Trustee") for Christopher R. Shafer, Sr. ("Plaintiff"), by and through his counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Request for Entry of Default Judgment against Defendant Rafael D. Martinez ("Defendant") pursuant to Fed. R. Civ. P. 55(b), Fed. R. Bankr. P. 7055(b), and D.N.J. LBR 7055-1(b); and default having been entered against the Defendant; and the Court finding that good and sufficient cause exists for the entry of default judgment as set forth herein;

**IT IS HEREBY ORDERED** that, judgment by default is entered in favor of Plaintiff and against Defendant as follows (i) pursuant to 11 U.S.C. § 523(a)(2) and (6) determining that all debts owed by Defendant to Plaintiff are nondischargeable; and (ii) awarding Plaintiff attorneys' fees and costs incurred in this action pursuant to Fed. R. Bank. P. 7054(b).

4832-2083-4182, v. 1